# Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | FED MEDCARE | 9.28 | PA7749 - Forest City Boro LIT | 6.40 | | | |
| 8/15/2025 | Regular | 20.0000 | 32.00 | 640.00 | 640.00 | FED FIT | 37.60 | PA SIT | 19.65 | Miscellaneous | 131.00 | 395.94 DD |
| | | | | | | FED SOCSEC | 39.68 | PA SUI | 0.45 | | | |
| | | | | | | FED MEDCARE | 9.28 | PA7749 - Forest City Boro LIT | 6.40 | | | |
| 8/22/2025 | Regular | 20.0000 | 32.00 | 640.00 | 640.00 | FED FIT | 37.60 | PA SIT | 19.65 | Miscellaneous | 131.00 | 395.94 DD |
| | | | | | | FED SOCSEC | 39.68 | PA SUI | 0.45 | | | |
| | | | | | | FED MEDCARE | 9.28 | PA7749 - Forest City Boro LIT | 6.40 | | | |
| 8/29/2025 | Regular | 20.0000 | 32.00 | 640.00 | 640.00 | FED FIT | 37.60 | PA SIT | 19.65 | Miscellaneous | 131.00 | 395.94 DD |
| | | | | | | FED SOCSEC | 39.68 | PA SUI | 0.45 | | | |
| | | | | | | FED MEDCARE | 9.28 | PA7749 - Forest City Boro LIT | 6.40 | | | |
| 9/5/2025 | Regular | 20.0000 | 32.00 | 640.00 | 640.00 | FED FIT | 37.60 | PA SIT | 19.65 | Miscellaneous | 131.00 | 395.94 DD |
| | | | | | | FED SOCSEC | 39.68 | PA SUI | 0.45 | | | |
| | | | | | | FED MEDCARE | 9.28 | PA7749 - Forest City Boro LIT | 6.40 | | | |
| 9/12/2025 | Regular | 20.0000 | 32.00 | 640.00 | 640.00 | FED FIT | 37.60 | PA SIT | 19.65 | Miscellaneous | 131.00 | 395.95 DD |
| | | | | | | FED SOCSEC | 39.68 | PA SUI | 0.44 | | | |
| | | | | | | FED MEDCARE | 9.28 | PA7749 - Forest City Boro LIT | 6.40 | | | |
| 9/19/2025 | Regular | 20.0000 | 32.50 | 650.00 | 650.00 | FED FIT | 38.80 | PA SIT | 19.96 | Miscellaneous | 131.00 | 403.55 DD |
| | | | | | | FED SOCSEC | 40.30 | PA SUI | 0.46 | | | |
| | | | | | | FED MEDCARE | 9.43 | PA7749 - Forest City Boro LIT | 6.50 | | | |
| 9/26/2025 | Regular | 20.0000 | 32.00 | 640.00 | 640.00 | FED FIT | 37.60 | PA SIT | 19.65 | Miscellaneous | 131.00 | 395.94 DD |
| | | | | | | FED SOCSEC | 39.68 | PA SUI | 0.45 | | | |
| | | | | | | FED MEDCARE | 9.28 | PA7749 - Forest City Boro LIT | 6.40 | | | |
| 10/3/2025 | Regular | 20.0000 | 32.00 | 640.00 | 640.00 | FED FIT | 37.60 | PA SIT | 19.65 | Miscellaneous | 131.00 | 395.94 DD |
| | | | | | | FED SOCSEC | 39.68 | PA SUI | 0.45 | | | |

Company: Rae & Hads Mkt Inc
Check Dates From: 4/25/2025 To: 10/31/2025
Pay Period from: 04/14/2025 to: 10/26/2025

3 of 4

# Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | FED MEDCARE | 9.28 | PA7749 - Forest City Boro LIT | 6.40 | | | |
| 10/10/2025 | Regular | 20.0000 | 32.00 | 640.00 | 640.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 37.60<br>39.68<br>9.28 | PA SIT<br>PA SUI<br>PA7749 - Forest City Boro LIT | 19.65<br>0.45<br>6.40 | Miscellaneous | 131.00 | 395.94 DD |
| 10/17/2025 | Regular | 20.0000 | 21.50 | 430.00 | 430.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 14.15<br>26.66<br>6.23 | PA SIT<br>PA SUI<br>PA7749 - Forest City Boro LIT | 13.20<br>0.30<br>4.30 | Miscellaneous | 131.00 | 234.16 DD |
| 10/24/2025 | Regular | 20.0000 | 13.00 | 260.00 | 260.00 | FED SOCSEC<br>FED MEDCARE | 16.12<br>3.77 | PA SIT<br>PA SUI<br>PA7749 - Forest City Boro LIT | 7.98<br>0.18<br>2.60 | Miscellaneous | 131.00 | 98.35 DD |
| 10/31/2025 | Regular | 20.0000 | 16.50 | 330.00 | 330.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 4.15<br>20.46<br>4.79 | PA SIT<br>PA SUI<br>PA7749 - Forest City Boro LIT | 10.13<br>0.23<br>3.30 | Miscellaneous | 131.00 | 155.94 DD |
| **Employee Totals :** | Regular<br>Overtime | | 938.00<br>11.50 | $18,760.00<br>$345.00 | $19,105.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | $1,208.50<br>$1,184.51<br>$277.02 | PA SIT<br>PA SUI<br>PA7749 - Forest City Boro LIT | $586.53<br>$13.37<br>$191.05 | Miscellaneous | $2,882.00 | $12,762.02 |

Company: Rae & Hads Mkt Inc
Check Dates From: 4/25/2025 To: 10/31/2025
Pay Period from: 04/14/2025 to: 10/26/2025

4 of 4

Case 5:25-bk-03208    Doc 4    Filed 11/07/25    Entered 11/07/25 18:56:16    Desc Main
Document    Page 2 of 4

QUALITY F & B INC.                                                                                      29325

Employee                                                                    SSN
JOANN FERREL, 3336 RALPH LOMMA WAY, VILLAGE OF FOUR SEASONS, UNIO           ***-**-6351
                                                                            Pay Period: 09/15/2025 - 09/28/2025              Pay Date: 10/02/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY | 8:30 | 14.00 | 119.00 | 119.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| 580303 HERRICK TWP | -1.19 | -1.19 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -7.38 | -7.38 |
| Medicare Employee | -1.73 | -1.73 |
| PA - Withholding | -3.65 | -3.65 |
| PA - Unemployment Employee | -0.08 | -0.08 |
|  | -14.03 | -14.03 |

Net Pay                                     104.97      104.97

BINGHAM'S FAMILY RESTAURANT, 6092 STATE ROUTE 92, KINGSLEY, PA 18826, QUALITY F & B INC

SFMSS001NL-1      Safeguard    REORDER FROM YOUR LOCAL SAFEGUARD ADVISOR, IF UNKNOWN, CALL 800-523-2422    CTNG600010000  B12SF019881

---

QUALITY F & B INC.                                                                                      29398

Employee                                                                    SSN
JOANN FERREL, 3336 RALPH LOMMA WAY, VILLAGE OF FOUR SEASONS, UNIO           ***-**-6351
                                                                            Pay Period: 09/29/2025 - 10/12/2025              Pay Date: 10/16/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY | 15:35 | 14.00 | 218.17 | 337.17 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| 580303 HERRICK TWP | -2.18 | -3.37 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -13.52 | -20.90 |
| Medicare Employee | -3.16 | -4.89 |
| PA - Withholding | -6.70 | -10.35 |
| PA - Unemployment Employee | -0.16 | -0.24 |
|  | -25.72 | -39.75 |

Net Pay                                     192.45      297.42

---

QUALITY F & B INC.                                                                                      29471

Employee                                                                    SSN
JOANN FERREL, 3336 RALPH LOMMA WAY, VILLAGE OF FOUR SEASONS, UNIO           ***-**-6351
                                                                            Pay Period: 10/13/2025 - 10/26/2025              Pay Date: 10/30/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY | 17:01 | 14.00 | 238.23 | 575.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| 580303 HERRICK TWP | -2.38 | -5.75 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -14.77 | -35.67 |
| Medicare Employee | -3.45 | -8.34 |
| PA - Withholding | -7.31 | -17.66 |
| PA - Unemployment Employee | -0.16 | -0.40 |
|  | -28.07 | -67.82 |

Net Pay                                     210.16      507.58

```
SEQ 000126                                        Earnings Statement                          ADP
Company Code    Loc/Dept   Number   Page
K9 / UO9 24534479  01/    6033664  1 of 1
   Rae & Hads Mkt Inc                             Period Starting   10/27/2025
   600 Main Street                                Period Ending     11/02/2025
   Forest City, PA 18421                          Pay Date          11/07/2025
```



Taxable Filing Status: Single
Exemptions/Allowances:                Tax Override:
  Federal:   Std W/H Table              Federal:  0.00 Addnl        Joann Ferrel
  State:     0                          State:                      3336 Ral
  Local:     0                          Local:                      Herrick Township, PA 18470
Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 20.00 | 400.00 | 28270.00 |
| Overtime | | | 0.00 | 645.00 |
| **Gross Pay** | | | **$400.00** | **$28,915.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 20.00 | 1435.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -11.15 | 2052.50 |
| Social Security | -24.80 | 1792.73 |
| Medicare | -5.80 | 419.27 |
| Pennsylvania State Income | -12.28 | 887.68 |
| Pennsylvania State UI | -0.28 | 20.24 |
| Forest City B Local Income | -4.00 | 289.15 |
| Forest City Boro Local | 0.00 | 10.00 |

| Deposits |  |  |  |
|---|---|---|---|
| account number | transit/ABA | | amount |
| XXXXXX0014 | XXXXXXXXX | | 210.69 |

Important Notes
Basis of pay: Hourly

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | -131.00 | 3013.00 |

| Net Pay | | $210.69 |
|---|---|---|

Your federal taxable wages this period are $400.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Rae & Hads Mkt Inc
600 Main Street
Forest City, PA 18421
                                              Pay Date:          11/07/2025

Deposited to the account
Checking DirectDeposit

**THIS IS NOT A CHECK**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0014 | XXXXXXXXX | 210.69 |

Joann Ferrel
3336 Ral
Herrick Township, PA 18470