Certificate Number: 17082-PAM-DE-040309968

Bankruptcy Case Number: 25-03208


17082-PAM-DE-040309968

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2025, at 3:41 o'clock PM MST, JOANN FERREL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 13, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director