# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

IN RE:

JOANN FERREL            CASE NO. 5:25-BK-03208-MJC
                       CHAPTER 7

 Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

 Please take notice that the firm of EVANS PETREE PC will represent the interests of TD Bank, N.A. ("TD Bank") in the above-captioned case.

 The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

 Jacob Zweig, Esq.
 EVANS PETREE PC
 1715 Aaron Brenner Drive, Suite 800
 Memphis, TN 38120

                 /s/ Jacob Zweig
                 Jacob Zweig
                 EVANS PETREE PC
                 Attorneys for TD Bank
                 1715 Aaron Brenner Drive, Suite 800
                 Memphis, TN 38120
                 (901) 525-6781 telephone
                 (901) 374-7486 fax
                 jzweig@evanspetree.com