United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                      Case No. 25-03208-MJC
Joann Ferrel                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: admin                                     Page 1 of 2
Date Rcvd: Feb 20, 2026                      Form ID: 318                                Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joann Ferrel, 3336 Ralph Lomma Way, Union Dale, PA 18470 |
| 5756965 | + | Broker's Settlement Services, Inc., 1501 Reedsdale St, Ste 4000, Pittsburgh, PA 15233-2350 |
| 5756969 | | CKS Prime Investments, LLC, 1201 Roberts Blvd NW, Ste 200, Kennesaw, GA 30144-3612 |
| 5756971 | | Geisinger Medical Center, PO Box 27727, Newark, NJ 07101-7727 |
| 5756983 | + | The Chiurazzi Law Group, 101 Smithfield Street, Pittsburgh, PA 15222-2203 |
| 5756984 | + | U.S. Railroad Retirement Board, 844 N Rush Street, Chicago, IL 60611-2092 |
| 5756987 | + | Village of the Four Seasons, 199 Ralph Lomma Way, Union Dale, PA 18470-7521 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: LCITDAUTO | Feb 20 2026 23:37:00 | TD Bank, N.A., 1715 Aaron Brenner Dr., Suite 800, Memphis, TN 38120, UNITED STATES 38120-1445 |
| 5756966 | | EDI: CAPITALONE.COM | Feb 20 2026 23:37:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5756967 | + | EDI: CAPITALONE.COM | Feb 20 2026 23:37:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5756968 | ^ | MEBN | Feb 20 2026 18:35:11 | Cawley & Bergmann, LLC, 550 Broad St Ste 1001, Newark, NJ 07102-4542 |
| 5756970 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:40:52 | Credit One Bank N.A., PO Box 1269, Greenville, SC 29602-1269 |
| 5756972 | | Email/Text: reports@halstedfinancial.com | Feb 20 2026 18:38:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 5756973 | | EDI: IRS.COM | Feb 20 2026 23:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5756974 | | Email/Text: Bkynotices@lendingpoint.com | Feb 20 2026 18:38:00 | Lending Point LLC, 1201 Roberts Blvd NW, Kennesaw, GA 30144-3693 |
| 5756975 | | Email/Text: bk@lendmarkfinancial.com | Feb 20 2026 18:38:00 | Lendmark Financial Services, LLC, 2118 Usher St NW, Covington, GA 30014-2434 |
| 5756976 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:40:57 | LVNV Funding, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5756977 | | EDI: AGFINANCE.COM | Feb 20 2026 23:37:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5756978 | ^ | MEBN | Feb 20 2026 18:35:34 | PA Department of Revenue, Bureau of Compliance PO Box 280948, Harrisburg, PA 17128-0948 |
| 5756979 | ^ | MEBN | Feb 20 2026 18:35:27 | Ratchford Law Group, P.C., 54 Glenmaura |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5756980 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2026 18:40:58 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5756981 | EDI: SYNC | Feb 20 2026 23:37:00 | Synchrony Bank/Amazon, PO Box 965064, Orlando, FL 32896-5064 |
| 5756982 | EDI: LCITDAUTO | Feb 20 2026 23:37:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 5759558 | + EDI: LCITDAUTO | Feb 20 2026 23:37:00 | TD Bank, N.A., 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 5756985 | Email/Text: bknotice@upgrade.com | Feb 20 2026 18:38:00 | Upgrade Inc., 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 5756986 | EDI: G2RSVELOCITY | Feb 20 2026 23:37:00 | Velocity Investments, LLC, 1800 State Route 34, Building 3, Suite 305, Wall Township, NJ 07719-9168 |
| 5756986 | Email/Text: bnc_4301@velocityrecoveries.com | Feb 20 2026 18:38:00 | Velocity Investments, LLC, 1800 State Route 34, Building 3, Suite 305, Wall Township, NJ 07719-9168 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:

**Name** **Email Address**

Carlo Sabatini
on behalf of Debtor 1 Joann Ferrel usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Jacob Zweig
on behalf of Creditor TD Bank N.A. jzweig@evanspetree.com, crecord@evanspetree.com

Lawrence G. Frank
lawrencegfrank@gmail.com PA39@ecfcbis.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joann Ferrel | Social Security number or ITIN | xxx–xx–6351 |
| | First Name    Middle Name    Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN EIN | ____  __–_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:25-bk-03208-MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joann Ferrel
aka Jo Ferrel

2/20/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**